Revised AO 45 (WDNC - 3/07)


"UNDER SEAL"

# NEW CRIMINAL CASE COVER SHEET
(To be used for **all** new Bills of Indictments and Bills of Information)

# U. S. DISTRICT COURT

**CASE SEALED:** ⦿ YES ◯ NO

**DOCKET NUMBER:** 5:19-cr-22-FDW

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** | **:US vs** 1) GREG E. LINDBERG, et al. |
| **COUNTY OF OFFENSE** | : Statesville |
| **RELATED CASE INFORMATION** | : |
| Magistrate Judge Case Number | : |
| Search Warrant Case Number | : |
| Miscellaneous Case Number | : |
| Rule 20b | : |
| **SERVICE OF PROCESS** | : Arrest Warrant |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):* ◯ Petty  ◯ Misdemeanor  ⦿ Felony

18 U.S.C. 1349

**JUVENILE:** ◯ Yes  ⦿ No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** | : Dana Washington and Bill Stetzer |
| **VICTIM/WITNESS COORDINATORS:** | Shirley Rutledge |
| **INTERPRETER NEEDED** | : |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | |

(Maintain form in the Attorney Work Product folder / purge before archiving.)

Case 5:19-cr-00022-MOC-DCK   Document 3-2   Filed 03/18/19   Page 1 of 1