UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:19-cr-00022-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Vs. | ) ORDER OF CONTINUANCE<br>) (Additional Time to Prepare Required) |
| GREG E. LINDBERG<br>JOHN D. GRAY<br>JOHN V. PALERMO JR<br>ROBERT CANNON HAYES, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on defendants' Joint Motion for Pretrial Status Conference and to Stay Pretrial Motions Deadline, which the Court construes as a Motion to Continue. Having considered defendants' motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Joint Motion for Pretrial Status Conference and to Stay Pretrial Motions Deadline (#46), which the Court construes as a Motion to Continue, is **GRANTED in part and DENIED in part** as follows:

1. Defendants' Motion to Continue is **GRANTED**, this matter is continued to the next criminal term, and the Court finds the delay caused by such continuance shall be excluded in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv), as failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Further, the

1

ends of justice served by granting such continuance outweigh the best interests of the public and the defendants in a speedy trial. Specifically, defendants and counsel have shown a need for additional time to review discovery and other materials in preparing for trial or other resolution of this matter.

2. Defendants' Motion for a Pretrial Status Conference and Motion to Stay Pretrial Deadlines is **DENIED**. There is no need for a status conference or hearing at this time. To the extent that defendants want to request a preemptive trial date, defendants may file a separate motion proposing a specific date.

3. This matter is continued to the September 2019 term, and the time is excluded. The time for filing pretrial motions is further **ENLARGED** by 60 days from entry of this Order.

Signed: May 31, 2019

Max O. Cogburn Jr
United States District Judge