UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:19-CR-00022-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ROBERT CANNON HAYES,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Return of Passport. Defendant seeks the temporary return of his passport for previously planned travel with his family outside of the United States from July 7, 2019 through July 12, 2019. The Court notes that neither defendant's supervising probation officer nor the government object to the temporary return of defendant's passport. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Return of Passport (#47) is **GRANTED**. The Court hereby authorizes the temporary release of the passport of Robert Cannon Hayes on or before July 5, 2019.

**IT IS FURTHER ORDERED** that defendant re-surrender his passport to his supervising probation officer on or before July 15, 2019.

Signed: June 3, 2019

Max O. Cogburn Jr
United States District Judge