# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# DOCKET NO. 5:19-CR-22-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>1) GREG E. LINDBERG,<br>2) JOHN D. GRAY,<br>3) JOHN V. PALERMO, JR., and<br>4) ROBERT CANNON HAYES.<br><br>      Defendants. | **DEFENDANTS' MOTION TO CONTINUE PRETRIAL MOTIONS and BILL OF PARTICULARS DEADLINE** |

  Defendants, John D. Gray ("Gray"), John V. Palermo, Jr. ("Palermo"), and Robert Cannon Hayes ("Hayes"), through undersigned counsel, respectfully request that the Pretrial Motions and Bill of Particulars deadline in this matter be continued to October 4, 2019. In support of this Motion, Defendants Gray, Palermo, and Hayes state as follows:

1. The Pretrial Motions and Bill of Particulars deadline for this matter is currently set for September 19, 2019.

2. Defendants Gray, Palermo, and Hayes filed Defendants' Motion to Amend Scheduling Order and Request a Peremptory Setting on September 17, 2019.

3. Defendants Gray, Palermo, and Hayes ask that Defendant Greg Lindberg's counsel have an adequate opportunity to address Defendants' Motion to Amend Scheduling Order and Request a Peremptory Setting.

4. Defendants Gray, Palermo, and Hayes ask that this Court have an adequate opportunity to review and issue an Order on Defendants' Motion to Amend Scheduling Order and Request a Peremptory Setting.

5. Defendants have also been informed that additional discovery may be coming, and request additional time to review this discovery.

6. This Motion does not affect any other dates set for this matter.

7. The government does not oppose this Motion.

8. In correspondence on September 16, 2019, Greg Lindberg's counsel indicated that

Greg Lindberg does not oppose this Motion.

9. This Motion is made in good faith and not for the purposes of delay.

WHEREFORE, Defendants respectfully request that the Pretrial Motions and Bill of Particulars deadline in this matter be continued to October 4, 2019 to: (1) allow counsel for Defendant Greg Lindberg to address Defendants' Motion to Amend Scheduling Order and Request a Peremptory Setting; and (2) allow the Court ample time to rule on the parties' Scheduling Order Motion.

Respectfully submitted, this the 17th day of September, 2019.

| | |
|---|---|
| s/ Jack M. Knight | s/ Kearns Davis |
| Jack M. Knight | Kearns Davis |
| N.C. Bar No. 21145 | N.C. Bar No. 22014 |
| John H. Cobb | Daniel D. Adams |
| N.C. Bar No. 17052 | N.C. Bar No. 51806 |
| Patrick A. Doerr | Shana Fulton |
| N.C. Bar No. 50673 | N.C. State Bar No. 27836 |
| **Winston & Strawn LLP** | **Brooks, Pierce, McLendon, Humphrey & Leonard LLP** |
| 300 S. Tryon Street, 16th Floor | 230 N. Elm Street, Suite 2000 |
| Charlotte, NC 28202 | Greensboro, NC 27401 |
| (704) 350-7700 | kdavis@brookspierce.com |
| jknight@winston.com | dadams@brookspierce.com |
| jcobb@winston.com | sfulton@brookspierce.com |
| pdoerr@winston.com | *Attorneys for Defendant Robert Cannon Hayes* |
| *Attorneys for Defendant John D. Gray* | |
| | s/ Brian S. Cromwell |
| | Brian S. Cromwell |
| | N.C. Bar No. 23488 |
| | Sarah Fulton Hutchins |
| | N.C. Bar No. 38172 |
| | **Parker Poe Adams & Bernstein LLP** |
| | 401 S. Tryon Street, Suite 3000 |
| | Charlotte, NC 28202 |
| | briancromwell@parkerpoe.com |
| | sarahhutchins@parkerpoe.com |
| | *Attorneys for Defendant John V. Palermo, Jr.* |

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing **DEFENDANTS' MOTION TO CONTINUE PRETRIAL MOTIONS and BILL OF PARTICULARS DEADLINE** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification and serve same upon the parties via the Court's electronic case filing system.

This the 17th day of September, 2019.

    s/ Brian S. Cromwell
Brian S. Cromwell
N.C. Bar No. 23488
Sarah Fulton Hutchins
N.C. Bar No. 38172
**Parker Poe Adams & Bernstein LLP**
401 S. Tryon Street, Suite 3000
Charlotte, NC 28202
briancromwell@parkerpoe.com
sarahhutchins@parkerpoe.com
*Attorneys for Defendant John V. Palermo, Jr.*