UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | DOCKET NO. 5:19CR022-MOC |
| | ) | |
| 1) GREG E. LINDBERG | ) | **GOVERNMENT'S AMENDED EXHIBIT LIST** |
| 2) JOHN D. GRAY | ) | |
| 3) JOHN V. PALERMO | ) | |
| | ) | |

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| | **DOCUMENTS** | | | |
| 1 | 8/2/17 Text Message John Gray/Hal Weatherman | | | |
| 2 | 8/2/17-8/8/17 Text Message John Gray/Robin Hayes | | | |
| 3 | reserved | | | |
| 4 | 8/8/17-8/15/17 Text Message John Gray/Heather Whillier | | | |
| 5 | 10/10/17 Email from Palermo to Perkins (USA-2182-83) | | | |
| 6 | 10/12/17 Text Message John Gray/Robin Hayes | | | |
| 7 | 11/16/17 Email from Hayes to Gray (USA-819403-6) | | | |
| 8 | 11/17/17 Text Message John Gray/Greg Lindberg | | | |
| 9 | 11/18/17 Text Message John Gray/Robin Hayes | | | |
| 10 | 11/18/17 Text Message John Gray/Joyce Kohn | | | |
| 11 | 11/18/17 Text Message John Gray/Mike Causey | | | |
| 12 | 11/18/17 Text Message John Gray/Greg Lindberg | | | |

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 13 | 11/18/17-11/19/17 Text Message John Gray/John Palermo | | | |
| 14 | 11/21/17 Text Message John Gray/Mike Causey | | | |
| 15 | 8/22/17 & 11/21/17 Checks to NCGOP (USA-01103987; USA-1104000) | | | |
| 16 | 11/21/17 Text Message John Gray/Greg Lindberg | | | |
| 17 | 11/22/17 Text Message John Gray/Joyce Kohn | | | |
| 18 | 11/22/17 Text Message John Gray/Greg Lindberg/Rod Perkins/John Palermo | | | |
| 19 | 11/22/17 Email from Palermo to Lindberg, Gray, Hensley and Perkins (USA-39178) | | | |
| 20 | 11/22/17 Text Message John Gray/Mike Causey | | | |
| 21 | 11/27/17-11/28/17 Text Message John Gray/Mike Causey | | | |
| 22 | 11/28/17 Text Message John Gray/John Palermo | | | |
| 23 | 11/29/17 Text Message John Gray/Mike Causey | | | |
| 24 | 11/29/17 Text Message John Gray/John Palermo | | | |
| 25 | 11/30/17 Email from Hensley to Palermo, Lindberg, Gray and Perkins (USA-39089-90) | | | |
| 26 | 12/4/17 Text Message John Gray/John Palermo | | | |
| 27 | 12/4/17 Email from Palermo to Gray and Lindberg (USA-196937) | | | |
| 28 | 12/4/17 Email from Palermo to Perkins (USA-2261) | | | |
| 29 | 1/29/18-1/30/18 Text Message John Gray/Mike Causey | | | |
| 30 | 1/30/18 Text Message John Gray/Greg Lindberg | | | |

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 31 | 2/2/18 Email from Palermo to Lindberg, Gray, Hensley, Herwig, and Stewart (USA-1774-77) | | | |
| 32 | 2/4/18 Text Message John Gray/John Palermo | | | |
| 33 | 2/4/18 Text Message John Gray/Mark Walker | | | |
| 34 | 2/4/18 Text Message John Palermo/Mark Walker | | | |
| 35 | 2/4/18 Text Message John Gray/John Palermo | | | |
| 36 | 2/5/18 Text Message John Gray/Mark Walker | | | |
| 37 | 2/5/18 Text Message John Gray/Greg Lindberg | | | |
| 38 | 2/5/18 Check to Mark Walker Victory Fund (USA-1104075) | | | |
| 39 | reserved | | | |
| 40 | 2/7/18 Text Message John Gray/John Palermo | | | |
| 41 | 2/12/18 Email from Palermo to Lindberg and Gray (USA-2362-66) | | | |
| 42 | 2/24/18-3/1/18 Text Message John Gray/Mike Causey | | | |
| 43 | 2/25/18 Email from Palermo to Gray (USA-2237829) | | | |
| 44 | 3/1/18 Email from Gray to Palermo (USA-394-96) | | | |
| 45 | 3/13/18 Email from Palermo to Causey (USA-2237838) | | | |
| 46 | 3/13/18 Text Message John Gray/John Palermo | | | |
| 47 | 3/13/18 Email from Gray to Palermo (USA-549-50) | | | |
| 48 | 3/22/18 Email from Perkins to Lindberg (USA-936505) | | | |
| 49 | 4/17/18-4/18/18 Text Message John Gray/Mike Causey | | | |

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 50 | 4/28/18 Text Message John Gray/Mike Causey | | | |
| 51 | 5/2/18 Text Message John Gray/Greg Lindberg | | | |
| 52 | 5/2/18-5/7/18 Text Message John Gray/Mike Causey | | | |
| 53 | 5/16/18 Check to NCGOP (USA-1104089) | | | |
| 54 | 5/16/18 Causey text to Lindberg (USA-175289) | | | |
| 55 | 5/16/18 Text Message John Gray/John Palermo | | | |
| 56 | 5/22/18 Email from Palermo to Causey (USA-2237985) | | | |
| 57 | 5/22/18 Cell phone screen shot (USA-2236967) | | | |
| 58 | 5/28/18 Cell phone screen shot (USA-2236968) | | | |
| 59 | 5/29/18 Text Message John Gray/Mike Causey | | | |
| 60 | 5/29/18 Email from Lindberg to Palermo, Gray, and Rinebold (USA-375-76) | | | |
| 61 | 5/29/18 Email from Gray to Hayes, Lindberg, and Palermo (USA-2237643-44) | | | |
| 62 | 5/30/18 Email from Gray to Palermo (USA-2237646) | | | |
| 63 | 5/30/18 Text Message John Gray/Robin Hayes | | | |
| 64 | 5/30/18 Email from Lindberg, Perkins, Hensley, and Luecke (USA-2181512-13) | | | |
| 65 | 5/31/18-6/14/18 Text Message John Gray/Mike Causey | | | |
| 66 | 6/4/18 Email from Lindberg to Palermo and Gray (USA-936014) | | | |
| 67 | 6/6/18 Email from Palermo to Gray (USA-196844-45) | | | |

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 68 | 6/7/18 Email from Lindberg to Palermo and Gray (USA-1254) | | | |
| 69 | 6/8/18 Check to NC Growth and Prosperity Committee (USA-1103914) | | | |
| 70 | 6/8/18 Check to NC Growth and Prosperity Alliance (USA-1103912) | | | |
| 71 | 6/11/18 Email from Palermo to Lindberg and Gray (USA-2059) | | | |
| 72 | 6/29/18 Email from Lindberg to Perkins | | | |
| 73 | 6/29/18 Text Message John Gray/Greg Lindberg | | | |
| 74 | 6/25/18-7/7/18 Text Message John Gray/Mike Causey | | | |
| 75 | 7/4/18 Email from Lindberg to Palermo and Gray (USA-8670-71) | | | |
| 76 | 7/6/18 Email from Gray to Lindberg and Palermo (USA-6321-22) | | | |
| 77 | 7/9/18 Text Message John Gray/Mike Causey | | | |
| 78 | 7/9/18 Text Message John Palermo/Mark Walker | | | |
| 79 | 7/9/19 Text Message John Gray/John Palermo | | | |
| 80 | 7/11/18 Email from Lindberg to Perkins (USA-2237273) | | | |
| 81 | 7/13/18 Email from Palermo to Lindberg, Gray, and Perkins (USA-936070) | | | |
| 82 | 7/15/18 Text Message John Palermo/Greg Lindberg | | | |
| 83 | 7/17/18 Email from Lindberg to Palermo and Gray (USA-441-42) | | | |
| 84 | 7/17/18 Text Message John Gray/Mike Causey | | | |
| 85 | 7/25/18 Text Message John Palermo/Greg Lindberg | | | |
| 86 | 7/25/18 Text Message John Gray/Tim Moore | | | |

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 87 | 7/25/18 Text Message John Gray/Mike Causey | | | |
| 88 | 7/26/18 Text Message John Gray/John Palermo | | | |
| 89 | 7/31/18 Text Message Greg Lindberg/John Palermo | | | |
| 90 | 8/1/18 Cell phone screen shot (USA-2236952) | | | |
| 91 | 8/2/18 Email from Palermo to Gray and Lindberg (USA-936080) | | | |
| 92 | 8/3/18 Text Message John Gray/John Palermo | | | |
| 93 | 8/3/18 Text Message John Gray/Greg Lindberg | | | |
| 94 | 8/3/18 Email from Palermo to Hayes (USA-2542-43) | | | |
| 95 | 8/3/18 Email from Lindberg to Palermo (USA-938001-2) | | | |
| 96 | 8/3/18 Text Message John Gray/Robin Hayes | | | |
| 97 | 8/4/18 Text Message John Gray/John Palermo | | | |
| 98 | 8/6/18 Text Message John Gray/Mike Causey | | | |
| 99 | 8/9/18 Text Message John Gray/John Palermo | | | |
| 100 | 8/14/18 Email from Palermo to McCrory, Gray, and Perkins (USA-84702-703) | | | |
| 101 | 8/27/18 Email from Palermo to Lindberg, Gray, Perkins, and McCrory (USA-1930-34) | | | |
| 102 | PowerPoint Presentation (USA-2247818-837) | | | |
| 103 | North Carolina General Statute § 58-2-25 | | | |
| 104 | 6/1/18 Bank of America Statement (USA-855337-344) | | | |
| 105 | 7/1/18 Bank of America Statement (USA-855399-404) | | | |

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 106 | 6/18 Wells Fargo Deposit (USA-1103911-14) | | | |
| 107 | 6/11/18 Wells Fargo Statement (USA-1103950-53) | | | |
| 108 | 6/11/18 Wells Fargo Statement (USA-1103938-41) | | | |
| 109 | Notices of Award (USA-2237052-64) | | | |
| 110 | Lindberg Handwritten Notes (USA-176455-64; 175737; 176389-392; 176465-66) | | | |
| | **RECORDINGS** | | | |
| 111 | 1/27/18 – Call with Gray (entire call) | | | |
| 111a | 1/27/18 – Transcript | | | |
| 112a | 2/14/18 – Transcript | | | |
| 112b | 2/14/18 – Meeting with Lindberg and Gray (Clip #1 - 10:03:00-10:07:50) | | | |
| 112c | 2/14/18 – Meeting with Lindberg and Gray (Clip #2 - 10:10:28-10:15:30) | | | |
| 112d | 2/14/18 – Meeting with Lindberg and Gray (Clip #3 - 10:20:26-10:30:23) | | | |
| 112e | 2/14/18 – Meeting with Lindberg and Gray (Clip #4 - 10:42:16-10:47:22) | | | |
| 113a | 3/5/18 – Transcript (meeting) | | | |
| 113b | 3/5/18 – Meeting with Lindberg, Gray, and Palermo (Clip 1 – CM 11:29:22-11:34:32) | | | |
| 113c | 3/5/18 – Meeting with Lindberg, Gray, and Palermo (Clip #2 - CM 11:52:37-end) | | | |

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 113d | 3/5/18 – Meeting with Lindberg, Gray, and Palermo (Clip #3 - KF 12:01:54-12:07:10) | | | |
| 114a | 3/5/18 – Transcript (call) | | | |
| 114b | 3/5/18 – Call with Gray (Clip #1 - 0-0:56; 13:42) | | | |
| 114c | 3/5/18 – Call with Gray (Clip #2 - 13:42-20:18) | | | |
| 114d | 3/5/18 – Call with Gray (Clip #3 - 24:41-28:21) | | | |
| 114e | 3/5/18 – Call with Gray (Clip #4 - 32:46-38:10) | | | |
| 115 | 3/27/18 – Meeting with Lindberg, Gray, Palermo, and Hensley (15:53:05-16:18:00) | | | |
| 115a | 3/27/18 – Transcript | | | |
| 116 | 3/29/18 – Call with Gray (7:05-13:25) | | | |
| 116a | 3/29/18 – Transcript | | | |
| 117 | 5/2/18 – Call with Lindberg (entire call) | | | |
| 117a | 5/2/18 – Transcript | | | |
| 118 | 5/16/18 – Meeting with Lindberg and Gray (14:55:20-15:29:23) | | | |
| 118a | 5/16/18 – Transcript (meeting) | | | |
| 119 | 5/16/18 – Call with Gray (start-14:30) | | | |
| 119a | 5/16/18 – Transcript (call) | | | |
| 120a | 5/21/18 – Transcript | | | |
| 120b | 5/21/18 – Call with Gray (Clip #1 - 4:25-12:17) | | | |
| 120c | 5/21/18 – Call with Gray (Clip #2 - 32:40-end) | | | |

| NO. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 121 | 5/29/18 – Meeting with Lindberg and Gray with call to Palermo (17:06:30-17:37:15) | | | |
| 121a | 5/29/18 – Transcript | | | |
| 122 | 6/13/18 – Call with Gray (13:10-end) | | | |
| 122a | 6/13/18 – Transcript | | | |
| 123 | 6/19/18 – Call with Gray (3:30-6:52) | | | |
| 123a | 6/19/18 – Transcript (call) | | | |
| 124 | 6/19/18 – Meeting with Lindberg and Gray (1:10-16:34) | | | |
| 124a | 6/19/18 – Transcript (meeting) | | | |
| 125 | 7/9/18 – Call with Gray (entire call) | | | |
| 125a | 7/9/18 – Transcript | | | |
| 126 | 7/11/18 – Call with Palermo (entire call) | | | |
| 126a | 7/11/18 - Transcript | | | |
| 127a | 7/25/18 - Transcript | | | |
| 127b | 7/25/18 – Meeting with Lindberg and Gray with call to Hayes (Clip # 1 - 17:07:44-17:46:04) | | | |
| 127c | 7/25/18 – Meeting with Lindberg and Gray with call to Hayes (Clip # 2 - 17:07:44-17:46:04) | | | |
| 127d | 7/25/18 – Meeting with Lindberg and Gray with call to Hayes (Clip # 3 - 17:07:44-17:46:04) | | | |
| 128 | 8/2/18 – Call with Gray (entire call) | | | |
| 128a | 8/2/18 – Transcript | | | |

The government reserves the right to add additional exhibits other than those listed herein as may be referred to in the government's case file or as may come to the attention of the government subsequent to the preparation of this list. The government further reserves the right to withdraw any exhibits listed herein at trial or prior thereto.

RESPECTFULLY SUBMITTED, this day February 20, 2020.

R. ANDREW MURRAY
UNITED STATES ATTORNEY


//s// **William Stetzer**
Assistant United States Attorney
NC Bar Number: 26983
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax: (704) 344-6629
E-mail: William.Stetzer@usdoj.gov

/s/ *Dana O. Washington*
Dana O. Washington
Assistant United States Attorney
VA Bar Number 31981
United States Attorney's Office - WDNC
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 338-3134
Facsimile: (704) 344-6629
E-mail: Dana.Washington@usdoj.gov