

July 13, 2020

RVinroot@robinsonbradshaw.com
704.377.8328 : Direct Phone
704.373.3928 : Direct Fax

Hon. Max O. Cogburn, Jr.
U. S. District Court Judge
c/o U.S. District Court (W.D.NC.)
Charles R. Jonas Federal Building
401 W. Trade St.
Charlotte, N. C. 28202

Dear Judge Cogburn:

    I hope that all is well with you and your family in this difficult and unprecedented time.

    I write on behalf of my friend, Robin Hayes, who is to appear before Your Honor in the near future. He has not requested that I do so; rather I write on my own initiative. And I will be brief and to the point.

    I met Robin when we opposed one another for the Republican nomination for Governor in 1996 – in which race he prevailed, and I lost. We contested long and hard, and endured much stress, as did our families and friends. Throughout that process Robin at all times conducted himself with honor and dignity, and as a gentleman – as he has continued to do in all of my encounters with him throughout the years since that time.

    I believe Robin to be kind, thoughtful and generous – to friend and foe alike – and I like and respect him very much for those reasons. He and his wife Barbara have raised good children who also reflect these same virtues. My hope is that Your Honor will take these good qualities into consideration when you render your judgment concerning him in the near future.

    If you have any questions of me in this matter, please don't hesitate to contact me.

Sincerely,

Richard A. Vinroot

RAV/jsm

ROBINSON, BRADSHAW & HINSON, P.A. : robinsonbradshaw.com
Charlotte Office : 101 N. Tryon St., Ste. 1900, Charlotte, NC 28246 : 704.377.2536

Case 5:19-cr-00022-MOC-DSC   Document 238   Filed 07/14/20   Page 1 of 1