# Executive Grant of Clemency

# DONALD J. TRUMP

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO

### ROBERT CANNON HAYES

### A FULL AND UNCONDITIONAL PARDON

**FOR HIS CONVICTION** in the United States District Court for the Western District of North Carolina on an indictment (Docket No. DNCW519CR000022-004) charging violation of Section 1001(a)(2), Title 18, United States Code, for which he was sentenced on August 19, 2020, to one year's probation, a $9,500 fine, and a $100 special assessment.

**I HEREBY DESIGNATE**, direct, and empower the Acting Pardon Attorney, as my representative, to sign a grant of clemency to the person named herein. The Acting Pardon Attorney shall declare that her action is the act of the President, being performed at my direction.

**IN TESTIMONY WHEREOF**, I have hereunto caused this Pardon to be recorded with the Department of Justice.



*Done at the City of Washington in the District of Columbia this* <u>thirteenth</u> *day of January in the year of our Lord Two Thousand and Twenty-one and of the Independence of the United States the Two Hundred and Forty-fifth.*

**DONALD J. TRUMP**
**PRESIDENT**